FILED

2005 JAN 25 A 11:48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 3:03CR014(SRU) |
| VS. | * | |
| RONALD MILEY | * | JANUARY 24, 2005 |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned, counsel for Ronald Miley, moves for leave of Court to withdraw as counsel and requests that the Court appoint new counsel for the following reasons:

1. Mr. Miley may have motions to present to this Court pursuant to the recent Supreme Court rulings in United States v. Booker and United States v. Fanfan.

THE DEFENDANT

BY: _____
Howard C. Eckenrode
Meuser, Eckenrode & Hayes
86 Cherry Street
Milford, CT 06460
(203) 877-5449
Fed. # 00162

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above date to:

Robert M. Spector, Esq.
AUSA
157 Church Street, 23rd floor
New Haven, CT 06510

Mr. Ronald Miley, Inmate No. 250043
c/o Osborne Correctional Institution
P.O. Box 100
Belton Road
Somers, CT 06071

_____
Howard C. Eckenrode